Date of Arrest: 03/05

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Roberto Adulfo LOPEZ-Sanchez AKA: None Known 088361544 YOB: 1985 Citizen of: Mexico Defendant | Magistrate Case No. 22-1338MJ COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a) Re-Entry After Removal |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about March 05, 2022, Defendant Roberto Adulfo LOPEZ-Sanchez, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Calexico, California on or about March 27, 2015. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Louie Uhl
SAD for LCU

Signature of Complainant
Jared Lasley
Border Patrol Agent

Sworn to before me and subscribed telephonically,

March 07, 2022    at    Yuma, Arizona
Date                          City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Roberto Adulfo LOPEZ-Sanchez
AKA: None Known
088361544

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about March 05, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Eloy, Arizona on or about April 29, 2009 by an Immigration Judge. The Defendant has been removed on three previous occasions. The Defendant was most recently removed on or about March 27, 2015, through the port of Calexico, California.

Agents determined that on or about March 05, 2022, the Defendant re-entered the United States, subsequent to five previous Title 42 Expulsions, without the Secretary of the Department of HomelandSecurity having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Todd Columbus, Jerry Lomeli, and Kevin Drake.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Patrick Tafoya.

Sworn to before me and subscribed telephonically,

Signature of Complainant

___March 07, 2022___
Date

Signature of Judicial Officer

-2-

## *Probable Cause Statement*

*I, Border Patrol Agent Jared Lasley, declare under penalty of perjury, the following is true and correct:*

**Defendant:** Roberto Adulfo LOPEZ-Sanchez

**Dependents:** None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on three (3) previous occasions. The Defendant has been removed a total of two (2) times.

### CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 11/16/2007 | Yuma, Arizona | 8 USC 1325 | Convicted; 15 Days |

**Narrative:** The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about March 05, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Eloy, Arizona on or about April 29, 2009 by an Immigration Judge. The Defendant has been removed on three previous occasions. The Defendant was most recently removed on or about March 27, 2015, through the port of Calexico, California.

Agents determined that on or about March 05, 2022, the Defendant re-entered the United States, subsequent to five Title 42 Expulsions, without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

*Executed on:* **March 06, 2022**     *Time:* **07:15 AM MST**

*Signed:* **Jared Lasley, Border Patrol Agent**     *Jared Lasley*